UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ALISHA M. FURBISH, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>    Defendant. ) | Civil No. 2:15-00328-DBH |

ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further administrative proceedings by the Appeals Council

IT IS HEREBY ORDERED that this case be remanded to the Social Security Administration for further administrative proceedings.  Upon remand, the Appeals Council will assign the case to a different administrative law judge, with instructions to: (1) offer Plaintiff the opportunity for a new hearing; (2) re-evaluate all of the evidence in the record, including the medical opinions about Plaintiff's impairments and functional limitations, obtaining additional medical expert testimony if warranted; (3) issue a new decision applying the sequential evaluation process; and (4) if necessary, obtain vocational expert testimony to address the effects of Plaintiff's exertional and non-exertional limitations on the relevant occupational base.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).  The clerk

of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED.

/s/D. Brock Hornby<br>D. Brock Hornby<br>U.S. District Judge

Dated this 4th day of January, 2016.